52-08/MEU/SL
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
NORASIA CONTAINER LINES LTD
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Michael E. Unger (MU 0045)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------

NORASIA CONTAINER LINES LTD,

       Plaintiff,

 -against -

CHEMEX INTERNATIONAL LLP,

       Defendant.
------------------------------------------------------------------x

JUDGE JONES

08 CV 1114

**RULE 7.1 STATEMENT**

  The Plaintiff, NORASIA CONTAINER LINES LTD, by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure (formerly Local General 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, undersigned counsel (a private non-governmental party) certifies that it is not a publicly traded entity and no publicly held company owns 10% or more of its stock.

Dated: New York, New York
   February 4, 2008

        FREEHILL HOGAN & MAHAR, LLP
        Attorneys for Plaintiff
        NORASIA CONTAINER LINES LTD

   By:  _____
      Michael E. Unger (MU 0045)
      80 Pine Street
      New York, NY 10005
      Telephone: (212) 425-1900
      Facsimile: (212) 425-1901

NYDOCS1/298351.1