UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

U.S. DISTRICT COURT FILED MAR 11 2008 S.D. OF N.Y.

| | |
|---|---|
| NORASIA CONTAINER LINES LTD<br><br>                Plaintiff,<br><br>-V-<br><br>CHEMEX INTERNATIONAL LLP<br>                Defendants. | **CERTIFICATE OF MAILING**<br><br><br><br>08 CV 1114 (BSJ) |

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**10th day of March, 2008**

I served the

SUMMONS & VERIFIED COMPLAINT

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**4th day of February, 2008**

by mailing via registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

RB 632 999 695 US          *J. Michael McMahon*
                                                                                    CLERK

Dated: New York, NY

GEORGE B. FREEHILL
WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR.△
THOMAS M. RUSSO
THOMAS M. CANEVARI†
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*△
MICHAEL E. UNGER*†
WILLIAM J. PALLAS*
GINA M. VENEZIA*△
LAWRENCE J. KAHN*
BARBARA G. CARNEVALE*
MANUEL A. MOLINA
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ*†
DANIEL J. FITZGERALD*†△
MICHAEL C ELLIOTT*
JAN P. GISHOLT†

* ALSO ADMITTED IN NEW JERSEY
† ALSO ADMITTED IN CONNECTICUT
△ ALSO ADMITTED IN WASHINGTON, D C.
° ALSO ADMITTED IN LOUISIANA

LAW OFFICES OF
## FREEHILL HOGAN & MAHAR LLP
80 PINE STREET
NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL: reception@freehill.com
www.freehill.com

NEW JERSEY OFFICE
549 SUMMIT AVENUE
JERSEY CITY, N.J. 07306-2701
TELEPHONE (973) 623-5514
FACSIMILE (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE. (203) 921-1913
FACSIMILE (203) 358-8377

March 7, 2008

OUR REF: 52-08/MEU/SL

**BY HAND**
Clerk of the Court
United States District Court
Southern District of New York
U. S. Courthouse
500 Pearl Street, Room 120
New York, NY 10007
Attn:  Foreign Service, Liz Camacho

RE:  Norasia Container Lines Ltd. v. Chemex International LLP
SDNY No. 08 CV 1114 (BSJ)



... Complaint in the captioned action as well as
... 2) and Rule 4(f)(2)(C)(ii) of the Federal
... se papers by International Registered Mail to

...ational LLP
...& Elliot
...Court
...Elmete Lane
...dhat
...ENGLAND

...national LLP
...Hill, 6th Floor
...7DR ENGLAND

NYDOCS1/300301.1