UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

U.S. DISTRICT COURT
FILED
MAR 11 2008
S.D. OF N.Y.

NORASIA CONTAINER LINES LTD

             Plaintiff,

-V-

CHEMEX INTERNATIONAL LLP
             Defendants.

**CERTIFICATE OF MAILING**

08 CV 1114 (BSJ)

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**10th day of March, 2008**

I served the

SUMMONS & VERIFIED COMPLAINT

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**4th day of February, 2008**

by mailing via registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

**RB 632 999 664 US**

J. Michael McMahon
CLERK

Dated: New York, NY

GEORGE B FREEHILL
WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR.△
THOMAS M. RUSSO
THOMAS M. CANEVARI†
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*△
MICHAEL E. UNGER*†
WILLIAM J. PALLAS*
GINA M. VENEZIA*△
LAWRENCE J. KAHN*
BARBARA G. CARNEVALE*
MANUEL A. MOLINA
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ*°†
DANIEL J. FITZGERALD*†△
MICHAEL C. ELLIOTT*
JAN P. GISHOLT†

* ALSO ADMITTED IN NEW JERSEY
† ALSO ADMITTED IN CONNECTICUT
△ ALSO ADMITTED IN WASHINGTON, D.C.
° ALSO ADMITTED IN LOUISIANA

# LAW OFFICES OF
# FREEHILL HOGAN & MAHAR LLP
80 PINE STREET
NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL: reception@freehill.com
www.freehill.com

NEW JERSEY OFFICE
549 SUMMIT AVENUE
JERSEY CITY, N J. 07306-2701
TELEPHONE (973) 623-5514
FACSIMILE (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE. (203) 921-1913
FACSIMILE (203) 358-8377

March 7, 2008

OUR REF: 52-08/MEU/SL

**BY HAND**
Clerk of the Court
United States District Court
Southern District of New York
U. S. Courthouse
500 Pearl Street, Room 120
New York, NY 10007
Attn: Foreign Service, Liz Camacho

RE:   Norasia Container Lines Ltd. v. Chemex International LLP
SDNY No. 08 CV 1114 (BSJ)

Dear Clerk of Court,

We hereby enclose a Summons and Verified Complaint in the captioned action as well as of the Judge's Rules. Pursuant to Rule 4(h)(2) and Rule 4(f)(2)(C)(ii) of the Federal [Rules...] these papers by International Registered Mail to



[Chemex Inter]national LLP
[c/o Garbutt] & Elliot
[2 Stable] Court
[Beechwoods] Elmete Lane
[Roun]dhat
[Leeds LS8 2LQ] ENGLAND

[Chemex Inter]national LLP
[...] Hill, 6th Floor
[...DR] ENGLAND