

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Norasia Container Lines Ltd.,

        Plaintiff,

-V-

Chemex International LLP,

        Defendant.

**CERTIFICATE OF MAILING**

DOC # 7

08 CV 1114 (BSJ)

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the



**19th Day of March, 2008**

I served the

Summons & Verified Complaint

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (C) (ii) filed and issued herein on the,

**4th Day of February, 2008**

by mailing via DHL Worldwide Express, pick up scheduled for 500 Pearl Street, New York, N.Y., a copy of each thereof, securely enclosed in a DHL Express Envelope with a prepaid international air bill addressed to:

See attached for listing of Defendants

DHL Express International Waybill Tracking Number:

**756 3253 843**

*J. Michael McMahon*
CLERK

Dated: New York, NY

GEORGE B. FREEHILL
WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR △
THOMAS M. RUSSO
THOMAS M. CANEVARI†
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*△
MICHAEL E. UNGER*†
WILLIAM J. PALLAS*
GINA M. VENEZIA*△
LAWRENCE J. KAHN*
BARBARA G. CARNEVALE*
MANUEL A. MOLINA
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ*◊†
DANIEL J. FITZGERALD*†△
MICHAEL C. ELLIOTT*
JAN P. GISHOLT†

* ALSO ADMITTED IN NEW JERSEY
† ALSO ADMITTED IN CONNECTICUT
△ ALSO ADMITTED IN WASHINGTON, D.C.
◊ ALSO ADMITTED IN LOUISIANA

# LAW OFFICES OF
## FREEHILL HOGAN & MAHAR LLP
80 PINE STREET
NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL: reception@freehill.com
www.freehill.com

NEW JERSEY OFFICE
549 SUMMIT AVENUE
JERSEY CITY, N.J. 07306-2701
TELEPHONE (973) 623-5514
FACSIMILE (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE: (203) 921-1913
FACSIMILE (203) 358-8377

March 17, 2008

OUR REF: 52-08/MEU/SL

**BY HAND**
Clerk of the Court
United States District Court

---

**DHL Shipment Airwaybill**

REORDER 760514858-1   QTY 300
7563253843
4/18/02   ORIGIN: WTC

**1 From (Shipper)**
Account no.: 760514858
Company name: FREEHILL HOGAN & MAHAR
Address: 24TH FL, 80 PINE ST, NEW YORK, NY
Zip code: 100051702
Phone: (212) 425-1900

**2 To (Recipient)**
Company name: CHEMEX INTERNATIONAL LLP
Delivery address: c/o Garbutt & Elliot
2 Stable Court
Beechwoods Elmete Lane
Roundhay, Leeds, ENGLAND
Zip/Postcode: LS8 2LQ

**3 Shipment details**
[X] INT'L DOCUMENT EXPRESS
Payment Options: [X] Shipper's account
Acct. No. 760514858

Full description of contents: Legal Documents

**5 Shipper's authorization and signature**
Date: 3/17/08