

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Norasia Container Lines Ltd., | **CERTIFICATE OF MAILING** |
| Plaintiff, | |
| -V- | |
| Chemex International LLP, | |
| Defendant. | 08 CV 1114 (BSJ) |

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

19th **Day of March, 2008**

I served the

Summons & Verified Complaint

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (C) (ii) filed and issued herein on the,

**4th Day of February, 2008**

by mailing via DHL Worldwide Express, pick up scheduled for 500 Pearl Street, New York, N.Y., a copy of each thereof, securely enclosed in a DHL Express Envelope with a prepaid international air bill addressed to:

See attached for listing of Defendants

DHL Express International Waybill Tracking Number:

**756 3253 854**



CLERK

Dated: New York, NY

| | | |
|---|---|---|
| GEORGE B. FREEHILL<br>WILLIAM L. JUSKA, JR.<br>JAMES L. ROSS*<br>ERIC E. LENCK<br>JOHN J. WALSH*<br>PATRICK J. BONNER*<br>PETER J. GUTOWSKI<br>MARK F. MULLER<br>WAYNE D. MEEHAN*<br>DON P. MURNANE, JR.△<br>THOMAS M. RUSSO<br>THOMAS M. CANEVARI†<br>MICHAEL FERNANDEZ*<br>JOHN F. KARPOUSIS*△<br>MICHAEL E. UNGER*†<br>WILLIAM J. PALLAS*<br>GINA M. VENEZIA*△<br>LAWRENCE J. KAHN*<br>BARBARA G. CARNEVALE*<br>MANUEL A. MOLINA<br>JUSTIN T. NASTRO*<br>PAMELA L. SCHULTZ*°†<br>DANIEL J. FITZGERALD*†△<br>MICHAEL C. ELLIOTT*<br>JAN P. GISHOLT†<br><br>\* ALSO ADMITTED IN NEW JERSEY<br>† ALSO ADMITTED IN CONNECTICUT<br>△ ALSO ADMITTED IN WASHINGTON, D.C.<br>° ALSO ADMITTED IN LOUISIANA | LAW OFFICES OF<br>**FREEHILL HOGAN & MAHAR LLP**<br>80 PINE STREET<br>NEW YORK, N.Y. 10005-1759<br><br>TELEPHONE (212) 425-1900<br>FACSIMILE (212) 425-1901<br>E-MAIL: reception@freehill.com<br>www.freehill.com | NEW JERSEY OFFICE<br>549 SUMMIT AVENUE<br>JERSEY CITY, N J 07306-2701<br>TELEPHONE (973) 623-5514<br>FACSIMILE (973) 623-3813<br><br>CONNECTICUT OFFICE<br>23 OLD KINGS HIGHWAY SOUTH<br>DARIEN, CT 06820-4538<br>TELEPHONE (203) 921-1913<br>FACSIMILE (203) 358-8377 |

March 17, 2008

OUR REF: 52-08/MEU/SL

**BY HAND**
Clerk of the Court
United States District Court

---

**DHL Shipment Airwaybill** 7563253854

From (Shipper):
Account no: 760514858
Company name: FREEHILL HOGAN & MAHAR
Address: 24TH FL, 80 PINE ST, NEW YORK NY
Zip code: 10005 1702
Phone: (212) 425-1900

To (Recipient):
Company name: CHEMEX INTERNATIONAL LLP
Delivery address: 32 Ludgate Hill, 6th Floor, London England
Zip/Postcode: EC4M 7DR

Shipment details: INT'L DOCUMENT EXPRESS
Payment Options: Shipper's account — Acct. No. 760514858
Full description of contents: Legal Documents

Date: 3/17/08