52-08/MEU/SL
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
NORASIA CONTAINER LINES LTD
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax

Michael E. Unger (MU 0045)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
NORASIA CONTAINER LINES LTD,

                Plaintiff,

   -against-

CHEMEX INTERNATIONAL LLP,

               Defendant.
-----------------------------------------------------------------x

08 CIV 1114 (BSJ)

NOTICE OF MOTION TO REGONIZE AND ENFORCE FOREIGN MONEY JUDGMENT AND FOR ATTORNEYS FEES, <u>COSTS AND INTEREST</u>

**PLEASE TAKE NOTICE,** that upon the accompanying Affirmation of Michael E. Unger dated April 2, 2008, and the Exhibit annexed thereto, the Declaration of Kenneth John Ernest Habergham dated March 17, 2008 and the Exhibits annexed thereto, the Memorandum of Law in Support of Motion to Recognize and Enforce a Foreign Money Judgment and for Attorneys Fees, Costs and Interest, and upon all prior pleadings and proceedings had heretofore, Plaintiff NORASIA CONTAINER LINES LTD ("NORASIA") will move this Court before the Honorable Barbara S. Jones, United States District Court Judge for the Southern District of New York, in Courtroom 620, 500 Pearl Street, New York, New York, at a time and place to be established by the Court, for an Order, pursuant to principles of comity and/or pursuant to the Uniform Foreign Money-Judgments Recognition Act, N.Y. C.P.L.R. §5301, *et seq.*, recognizing the foreign Judgment rendered by the High Court of

NYDOCS1/299241.1

England on January 3, 2008, in favor of Plaintiff NORASIA, and directing the entry of judgment thereon against Defendant CHEMEX INTERNATIONAL LLP, together with attorneys' fees and costs incurred in this action, interest and for such other and further relief as the Court may deem just and proper.

Dated: New York, New York
       April 2, 2008

                          Respectfully submitted,

                          FREEHILL HOGAN & MAHAR, LLP
                          Attorneys for Plaintiff
                          NORASIA CONTAINER LINES LTD

By:  _____
     Michael E. Unger (MU 0045)
     80 Pine Street
     New York, New York 10005-1759
     (212) 425-1900
     (212) 425-1901 (fax)

TO:    BY FEDERAL EXPRESS
       CHEMEX INTERNATIONAL LLP
       6th Floor
       32 Ludgate Hill
       London
       EC4M 7DR
       England

       and

       2 Stable Court
       Beechwoods
       Elmete Lane
       Roundhay
       Leeds
       LS28 2LQ
       England