52-08/MEU/SL
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
NORASIA CONTAINER LINES LTD
80 Pine Street
New York, NY 10005
(212) 425-1900 / (212) 425-1901 fax
Michael E. Unger (MU 0045)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
NORASIA CONTAINER LINES LTD,                      08 CV 1114 (BSJ)

                    Plaintiff,

  -against-                                                     **AFFIDAVIT OF**
                                                             **SERVICE**

CHEMEX INTERNATIONAL LLP,

                    Defendant.
------------------------------------------------------------------x

    SUSAN LEE affirms under penalty of perjury as follows:

    I am associated with the law firm of Freehill Hogan & Mahar, LLP. I am not a party to the action, am over 18 years of age and reside at 80 Pine Street, New York, NY.

    I served the Notice of Motion to Recognize and Enforce Foreign Money Judgment and For Attorneys Fees, Costs and Interest, together with the supporting Memorandum of Law, Declaration of Kenneth John Ernest Habergham and Affirmation of Michael E. Unger, on the named Defendant by Federal Express as required by Rule 5 and any Court Orders or directives concerning service in this case.

Dated: New York, New York
       April 2, 2008

                                                        SUSAN LEE

Sworn to before me this
2nd day of April, 2008

Notary Public

MELISSA COLFORD
Commissioner of Deeds
City of New York-No. 5-1692
Certificate Filed in New York
Commission Expires 4/1/10

NYDOCS1/301797.1