52-08/MBU/SL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
NORASIA CONTAINER LINES LTD,

                Plaintiff,

  - and -

CHEMEX INTERNATINOAL LLP,

                Defendant.
----------------------------------------------------------x



08 CV 1114 (BSJ)

**ORDER FOR RELEASE OF FUNDS AND DISCONTINUANCE OF THE ACTION**

It having been reported to the Court that the parties have agreed that the principal sum of the judgment entered against Defendant by the English High Court, together with interest thereon and costs be paid from the funds which have been restrained in this action pursuant to Supplemental Admiralty Rule B by garnishee Deutsche Bank;

**IT IS HEREBY ORDERED** that garnishee Deutsche Bank pay to Plaintiff, pursuant to wire transfer instructions to be provided to the bank by Plaintiff's counsel, the sum of $110,292.46; and

**IT IS HEREBY FURTHER ORDERED** that Deutsche Bank return the balance of the attached funds ($7,406.06) (together with any interest earned thereon) to Defendant CHEMEX INTERNATIONAL LLP pursuant to the wire transfer instructions to be provided by Chemex; and

NYDOCS1/302374.1

**IT IS HEREBY FURTHER ORDERED** that this action is dismissed with prejudice and without costs as to either party.

Dated: New York, New York
April 18, 2008

_____
Hon. Barbara S. Jones, U.S.D.J.