52-08/MEU/SL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
NORASIA CONTAINER LINES LTD,

                    Plaintiff,

          - and -

CHEMEX INTERNATINOAL LLP,

                    Defendant.
------------------------------------------------------------x

08 CV 1114 (BSJ)

**ORDER FOR RELEASE OF
FUNDS AND DISCONTINUANCE
OF THE ACTION**

      It having been reported to the Court that the parties have agreed that the principal sum of the judgment entered against Defendant by the English High Court, together with interest thereon and costs be paid from the funds which have been restrained in this action pursuant to Supplemental Admiralty Rule B by garnishees Deutsche Bank and American Express Bank;

      **IT IS HEREBY ORDERED** that garnishee Deutsche Bank pay to Plaintiff, pursuant to wire transfer instructions to be provided to the bank by Plaintiff's counsel, the sum of $73,538.52; and

      **IT IS HEREBY FURTHER ORDERED** that garnishee American Express Bank pay to plaintiff, pursuant to wire transfer instructions to be provided to the bank by Plaintiff's counsel, the sum of $36,753.94; and

NYDOCS1/303462.1

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/28/08
```

**IT IS HEREBY FURTHER ORDERED** garnishee American Express Bank return the balance of the attached funds ($7,406.06) (together with any interest earned thereon) to Defendant CHEMEX INTERNATIONAL LLP pursuant to the wire transfer instructions to be provided by Chemex; and

**IT IS HEREBY FURTHER ORDERED** that this action is dismissed with prejudice and without costs as to either party.

Dated: New York, New York
April 26, 2008


Hon. Barbara S. Jones, U.S.D.J.

NYDOCS1/303462.1

2

GEORGE B. FREEHILL
WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR. ∆
THOMAS M. RUSSO
THOMAS M. CANEVARI†
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*∆
MICHAEL E. UNGER*†
WILLIAM J. PALLAS*
GINA M. VENEZIA*∆
LAWRENCE J. KAHN*
BARBARA G. CARNEVALE*
MANUEL A. MOLINA
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ*†
DANIEL J. FITZGERALD*†∆
MICHAEL C. ELLIOTT*
JAN P. GISHOLT†

* ALSO ADMITTED IN NEW JERSEY
† ALSO ADMITTED IN CONNECTICUT
∆ ALSO ADMITTED IN WASHINGTON, D.C.
* ALSO ADMITTED IN LOUISIANA

LAW OFFICES OF
FREEHILL HOGAN & MAHAR LLP
80 PINE STREET
NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL: reception@freehill.com
www.freehill.com

NEW JERSEY OFFICE
549 SUMMIT AVENUE
JERSEY CITY, N.J. 07306-2701
TELEPHONE (973) 623-5514
FACSIMILE (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE: (203) 921-1913
FACSIMILE (203) 358-8377

April 24, 2008

OUR REF: 52-08/MEU/SL

The Hon. Judge Jones
United States District Judge
Southern District of New York
Daniel P. Moynihan U.S. Courthouse
500 Pearl Street, Room 620
New York, NY 10007

   Re: Norasia Container Lines Ltd v. Chemex International LLP
     08 CIV 1114 (BSJ) – S.D.N.Y.

Dear Judge Jones:

  We represent Plaintiff, Norasia Container Lines, in the above action in which Your Honor graciously issued the Order for Release of Funds and Discontinuance of the action which we submitted under cover of letter dated April 18, 2008. The Order only directed garnishee Deutsche Bank to transfer funds it was holding. Unfortunately, due to my mistake, it was omitted from the proposed order to direct American Express Bank to transfer funds it was holding as well. Accordingly, we submit a revised order which we respectfully request that Your Honor sign and return so the funds being held at American Express bank can be released as well.

  We thank the Court for its courtesy and attention to this matter.

             Respectfully submitted,
             FREEHILL HOGAN & MAHAR LLP

             Michael E. Unger

MEU/mc

Encls.

NYDOCS1/303461.1